IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     05-cv-02044-REB-OES

ANGELO ALBO,
TONY ALBO,
ORLANDO LUAN, and
LADY SKORSKI,

Plaintiff(s),

vs.

DURANGO SCHOOL DISTRICT NO. 9-R,

Defendant(s).
_____

### MINUTE ORDER FOR SCHEDULING/PLANNING CONFERENCE
_____

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

The above captioned case has been referred to Magistrate Judge O. Edward Schlatter pursuant to an Order of Reference entered by Judge Robert E. Blackburn.

Pursuant to the Order of Reference referred to above, it is hereby ORDERED that a scheduling/planning conference pursuant to F.R.C.P. 16(b) shall be held on **January 26, 2006,** at the hour of 9:15 a.m. in the United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado. If this date is not convenient for any counsel, he or she should confer with opposing counsel and my secretary to reschedule the conference to a more convenient date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five days in advance of the date of appearance. <u>The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Planning Conference</u>.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P. 26(f), as amended, on or before January 12, 2006. Pursuant to Fed.R.Civ.P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the

district judge in this case. No later than five (5) days prior to the Scheduling Conference, the parties shall **submit by e-mail** their proposed Scheduling Order to the Magistrate Judge assigned and electronically file same with the Clerk of the Court. In addition, the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1), as amended.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C.COLO.LR 83.3(C) prior to the Scheduling/Planning Conference.

**Counsel are further advised that they must electronically file all pleadings with the clerk's office.**

**The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.**

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any notice of withdrawal, notice of substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the United States Magistrate Judge assigned to the case.

**In compliance with D.C.Colo.LCivR 83.2, and in order to gain entry to the Federal Courthouse, all parties, counsel and witnesses must have on their person appropriate photo identification.**