IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02044-REB-MEH

ANGELO ALBO,
TONY ALBO,
ORLANDO LUAN, and
LADY SKORSKI,

Plaintiff(s),

vs.

DURANGO SCHOOL DISTRICT NO. 9-R,

Defendant(s).

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2006.**

     For good cause shown, the Stipulated Motion to Extend Discovery Cut-off [Filed November 1, 2006; Docket #27] is **granted.** The discovery cut-off in this matter is extended to and including November 20, 2006, solely for the purposes of taking the deposition of Emily Watson.