**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02044-REB-MEH

ANGELO ABLO,
TONY ALBO,
ORLANDO LUJAN, and
LADY SKORSKI,

      Plaintiffs,

v.

DURANGO SCHOOL DISTRICT NO. 9-R,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter before the court is plaintiffs' **Motion to Correct Typographical Errors in Plaintiffs' Response to Defendant's Motion for Summary Judgment** [#46], filed February.  Said motion is **GRANTED**.

Dated:  February 1, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.