**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02044-REB-MEH

ANGELO ABLO,
TONY ALBO,
ORLANDO LUJAN, and
LADY SKORSKI,

    Plaintiffs,

v.

DURANGO SCHOOL DISTRICT NO. 9-R,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Stipulated Motion To Transfer Trial** [#51], filed April 26, 2007. After reviewing the motion and the file, the court has concluded that the motion should be granted and that the jury trial should be conducted in Durango, Colorado.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Transfer Trial** [#51], filed April 26, 2007, is **GRANTED**;

    2. That trial by jury **SHALL BE HELD** in the court facility for the United States District Court for the District of Colorado at 103 Sheppard Drive, Room 235, in Durango, Colorado, commencing September 24, 2007, at 8:30 a.m., at which place and time all parties and their counsel **SHALL APPEAR** for all purposes without further notice, order, or subpoena;

    3. That at the Trial Preparation Conference to be held on September 7, 2007, at 9:30 a.m., counsel may appear in person or by telephone or videoconferencing;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

provided, furthermore, any counsel appearing by telephone or videoconferencing shall arrange, schedule, coordinate, and finance any such appearance; and

    4.  That the **Second Trial Preparation Conference Order** [#50], entered April 17, 2007, is amended accordingly.

    Dated:  July 23, 2007